IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LUCAS FRAZIER,

       Plaintiff,                               No. CIV S-11-1351 GGH P

    vs.

REDDING POLICE DEPT., et al.,

       Defendants.                        <u>ORDER</u>

                                /

           Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  By order filed on July 6, 2011, plaintiff's original complaint was dismissed with leave to amend within twenty-eight days.  Plaintiff filed an amended complaint on August 1, 2011; however, subsequently, plaintiff sought leave to file a further amended complaint.  Plaintiff is concerned that a portion of his first amended complaint is inaccurate based on having recently received a copy of his case records/file.  Although plaintiff should have attached a proposed second amended complaint with his motion, the court will grant plaintiff further leave to amend within twenty-eight days.  Should plaintiff fail to amend timely, the court will proceed to screen the first amended complaint.

           Accordingly, IT IS HEREBY ORDERED that plaintiff's September 2, 2011 (docket # 11), motion to amend the amended complaint is granted and plaintiff is hereby

1

1. permitted twenty-eight days from the date of this order to file a second amended complaint;
2. should he fail to do so, the court will proceed to screen the first amended complaint.
3. DATED: September 12, 2011

                                        /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
fraz1351.ord