1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9     MATTHEW LUCAS FRAZIER,

10              Plaintiff,                    No. CIV S-11-1351 GGH P

11          vs.

12    REDDING POLICE DEPT., et al.,

13              Defendants.                   <u>ORDER</u>

14    _____/

15              Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C.

16    § 1983.  By order, filed on February 15, 2012, this court, invoking the All Writs Act, 28 U.S.C. §

17    1651(a) in order not to lose jurisdiction of this case, ordered the warden of Pleasant Valley State

18    Prison or his designee to inform this court, within twenty-one days, whether plaintiff has been

19    denied access to his legal property and the prison law library; if so, the warden or a designee was

20    directed to inform the court of accommodations being made to allow the plaintiff to prosecute

21    this action.  The court ordered service by U.S. mail of the February 15, 2012, order upon Pleasant

22    Valley State Prison's Acting Warden P.D. Brazelton (at P. O. Box 8500, Coalingua, CA 93210).

23    The case docket indicates that Warden Brazelton was served with the order by mail as directed.

24    The mail has not been returned.  Nevertheless, no response has been forthcoming from the

25    warden or his office.  The warden must now show cause why he should not be found to be in

26    contempt of court and why he should not be sanctioned therefore.

Accordingly, IT IS ORDERED that:

1.  Within twenty-one days, Acting Warden Brazelton or his designee must show cause for his failure to respond to an order of this court in this matter and why he should not be sanctioned for contempt, in doing so, he must also provide the information sought by the February 15, 2012, order; and

2.  The Clerk of the Court is directed to serve a copy of this order by U.S. mail upon Acting Warden P.D. Brazelton, Pleasant Valley State Prison, P. O. Box 8500, Coalingua, CA 93210.

DATED: March 14, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
fraz1351.ord2

2