IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LUCAS FRAZIER,

       Plaintiff,                      No. 2:11-cv-1351 AC P

    vs.

REDDING POLICE DEPT., et al.,

       Defendants.              <u>ORDER</u>

           Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.[1] On June 21, 2013, plaintiff filed a document entitled "motion for a TRO preliminary injunctive relief." ECF No. 107. In this document as in previous filings, plaintiff insists that he is being denied access to certain G.P.S. records. He asks that the court issue an order directing "the state parole" to provide plaintiff such records for September 26, 2010. <u>Id.</u>

           Defendants filed a motion for summary judgment on February 22, 2013. ECF No. 96. Plaintiff's opposition was filed on March 20, 2013, and includes a request to continue the motion because there is still a need for discovery. ECF Nos. 97-100. Defendants filed their reply on March 28, 2013. ECF No. 102.

---

[1] The parties have consented to the jurisdiction of the magistrate judge in this case.

On March 29, 2013, this court gave plaintiff an additional 60 days to supplement his opposition with additional evidentiary submissions because defendants had failed to provide plaintiff the requisite contemporaneous <u>Rand</u> notice with their dispositive motion. ECF No. 105. Plaintiff supplemented his opposition in a filing dated April 19, 2013. ECF No. 106.

The instant motion is both untimely and redundant. The court will consider plaintiff's oft-repeated concerns in its review of the pending summary judgment motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's improper request for a TRO/preliminary injunctive relief (ECF No. 107) is hereby disregarded.

DATED: June 24, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
fraz1351.ord