IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LUCAS FRAZIER, | Case No. 2:11-cv-1351 AC P |
|       Plaintiff,<br>vs. | ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM<br>TWENTY-ONE DAY DEADLINE |
| REDDING POLICE DEPARTMENT, et al., | |
|       Defendants. | |
| _____/ | |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. This action is proceeding against defendant Rhoads and is scheduled for trial commencing March 24, 2014 at 9:00 a.m.

The parties to this action shall each, no later than twenty-one (21) days from the date of the order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address, fax number or email address below and marked "Confidential." Such statements shall

be limited to five (5) pages and shall include the following:

    1) the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

    2) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

    3) any additional information the court may find useful in determining whether to set this matter for a settlement conference.

    Should the Court determine this action to be appropriate to referral to the Prisoner Settlement Program, the Court will set this matter for settlement conference before a magistrate judge (other than the trial judge) or district judge.

    IT IS SO ORDERED.

DATED: September 5, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

cc:    ADR Division, Attention: Sujean Park
    US District Court
    501 I Street, Suite 4-200
    Sacramento, CA 95814
    Fax: (916) 491-3912
    email: spark@caed.uscourts.gov

AC:009/sj
fraz1351.adr