UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LUCAS FRAZIER,<br><br>        Plaintiff,<br><br>   v.<br><br>REDDING POLICE DEPARTMENT, et al.,<br><br>        Defendants. | No. 2:11-cv-1351 AC P<br><br>ORDER APPOINTING COUNSEL |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Trial in this matter is currently set for March 24, 2014 at 9:00 a.m. before the undersigned. At this time, the court finds that the appointment of counsel is warranted. S. Ashar Ahmed and Kurt W. Melchior have been selected from the court's pro bono attorney panel to represent plaintiff and they have accepted the appointment. Although the parties have filed their separate pretrial statements and a pretrial conference on the papers had been scheduled for January 20, 2014, the court will vacate that date and set this matter for a status conference in light of the appointment of counsel for plaintiff.

      Accordingly, IT IS HEREBY ORDERED that:

  1. S. Ashar Ahmed and Kurt W. Melchior are appointed as counsel in the above entitled matter.

1

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon S. Ashar Ahmed and Kurt W. Melchior, Nossaman LLP, 50 California Street, 34th Floor, San Francisco, California 94111.

4. The January 20, 2014 pretrial conference on the papers is hereby vacated.

5. This matter is now set for a status conference on February 5, 2014 at 10:00 a.m. before the Honorable Allison Claire in Courtroom No. 26. Counsel shall be prepared to discuss:

    a. Whether the scheduled trial date remains feasible;

    b. Whether newly-appointed plaintiff's counsel wishes to amend Plaintiff's Pretrial Statement;

    c. Any other matters bearing on the scheduling of the trial and issuance of the final pretrial order. See Local Rules 281, 282, 283.

DATED: January 21, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE