1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MATHEW LUCAS FRAZIER, | Case No:   2:11-cv-1351 AC P |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE AND RESCHEDULING TRIAL DATE** |
| v. | |
| REDDING POLICE DEPARTMENT., et. al., | |
| Defendants. | |

fraz1351.continuence
[PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE AND RESCHEDULING TRIAL DATE

1    In accordance with the Stipulation To Continue Pre-trial Conference and Reschedule
2 Trial Date, filed by the parties on February 3, 2014 and good cause shown,
3    IT IS HEREBY ORDERED THAT:
4    1.    The current pre-trial conference scheduled for February 5, 2014 is vacated and
5 continued to March 12, 2014; and
6    2.    The current trial date set for March 24, 2014 at 9:00 a.m. in Courtroom 26 is
7 vacated and rescheduled for August 18, 2014 at 9:00 a.m. in Courtroom 26.

Dated: February 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

fraz1351.continuence                - 1 -
[PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE AND RESCHEDULING TRIAL DATE