1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | MATTHEW LUCAS FRAZIER, | Case No: 2:11-cv-1351 AC P

Plaintiff,

**[PROPOSED] ORDER GRANTING EXTENSION TO FILE RULE 26(a)(1) AND (a)(2) DISCOVERY OBLIGATIONS**

v.

REDDING POLICE DEPARTMENT, et. al.,

Defendants.

fraz1351.eot

[PROPOSED] ORDER GRANTING EXTENSION TO FILE RULE 26 (a)(1) and (a)(2) DISCOVERY OBLIGATIONS

1  In accordance with the Stipulation to Request Extension to File Rule 26 (a)(1) and (a)(2)
2 Discovery Obligations, filed by the parties on April 8, 2014 and good cause shown,
3
4  **IT IS HEREBY ORDERED THAT:**
5  The current deadline of April 11, 2014 to file discovery obligations under Rule 26(a)(1)
6 and (a)(2) has been vacated and continued to May 2, 2014.
7
8 Dated:  April 9, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

fraz1351.eot                                - 1 -
[PROPOSED] ORDER GRANTING EXTENSION TO FILE RULE 26 (a)(1) and (a)(2) DISCOVERY OBLIGATIONS