1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MATTHEW LUCAS FRAZIER, | Case No:    2:11-CV-1351-AC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO REQUEST EXTENSION TO FILE JOINT PRE-TRIAL STATEMENT** |
| v. | |
| REDDING POLICE DEPARTMENT, et. al., | |
| Defendants. | |

Having reviewed and considered the Stipulation between the parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the filing of the joint Pre-Trial Statement will now be due on June 30, 2014 and the pre-trial conference will be held on July 2, 2014.

**IT IS SO ORDERED.**

Dated: June 17, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE