UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LUCAS FRAZIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDDING POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No.  2:11-cv-1351 AC P<br><br><br><br>ORDER |

　　　The parties have submitted a stipulation to re-schedule the trial date before the undersigned in this § 1983 action.

　　　Finding good cause shown, IT IS HEREBY ORDERED that:

　　　1.  The current trial date set for August 18, 2014 at 9:00 a.m. in Courtroom 26 is vacated and rescheduled for October 20, 2014 at 9:00 a.m. in Courtroom 26;

　　　2.  In addition, the Final Pretrial Conference is hereby re-set from July 2, 2014 to August 27, 2014 at 10:00 a.m. The joint pretrial statement pursuant to L.R. 281(a)(2) is now due no later than August 20, 2014, and shall include a proposed briefing schedule for motions in limine.

DATED: June 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE