Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LUCAS FRAZIER

Plaintiff(s)

vs.

REDDING POLICE DEPARTMENT

Defendants.

/

No. 2:11-cv-1351-AC P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, S. Ashar Ahmed , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 21, 2014 , by the Honorable Allison Claire , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

See Attachment A

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 11,850 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-cv-1351 AC P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of July , 20 14 , at San Francisco , California.

S. Ashar Ahmed
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111 - Telephone: 415-398-3600

Attorney for Plaintiff(s)

The above expenditure is ___✗___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____ , on _____ , at _____ , ___.M. in Courtroom
Number_____ .

Dated: ___7/29/14___

United States District Judge/Magistrate Judge