1  Nossaman LLP
   Kurt W. Melchior (SBN 27677)
2  kmelchior@nossaman.com
   S. Ashar Ahmed (SBN 256711)
3  aahmed@nossaman.com
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Telephone:  415.398.3600
5  Facsimile:  415.398.2438

6
   Attorneys for Matthew Lucas Frazier,
7  Plaintiff

8

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  MATTHEW LUCAS FRAZIER,              Case No:     2:11-CV-1351-AC

13            Plaintiff,                ~~PROPOSED~~ ORDER AND WRIT OF
                                        HABEAS CORPUS AD TESTIFICANDUM
14       v.                             TO PRODUCE PLAINTIFF MATTHEW
                                        LUCAS FRAZIER AT TRIAL
15  REDDING POLICE DEPARTMENT, et. al.,

16            Defendants.               Trial Date:    January 12, 2015
                                        Time:          9:00 a.m.
17                                      Place:         Courtroom 26

18                                      The Honorable Allison Claire,
                                        U.S. Magistrate Judge
19                                      Robert T. Matsui United States Courthouse
                                        501 I Street, Courtroom 26, 8th floor
20                                      Sacramento, CA  95814

21

22

23

24

25

26

27

28  _____
    **PROPOSED ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE
    PLAINTIFF MATTHEW LUCAS FRAZIER AT TRIAL**

    9000052.v1

1    Plaintiff , Matthew Lucas Frazier, CDCR Inmate No. AG4004, is a party and a necessary

2  and material witness to the trial scheduled to take place before the Honorable Allison Claire,

3  United States Magistrate Judge, beginning on January 12, 2015 at 9:00 a.m. in Courtroom 26 of

4  the United States District Court of the Eastern District of California, 501 I Street, Sacramento,

5  California 95814.

6    Plaintiff is currently confined at Avenal State Prison, located at #1 Kings Way, Avenal,

7  California 93204, in the custody of Warden Carl Wofford.

8    In order to secure Plaintiff's attendance at trial, it is necessary that a Writ of Habeas

9  Corpus Ad Testificandum issue, commanding Plaintiff's custodian to transfer him to this Court

10  and to produce him for trial beginning on January 12, 2015 and continuing day to day until such

11  proceedings are complete or as otherwise ordered by the Court.

12  **ACCORDINGLY, IT IS ORDERED** that:

13    1.    A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court,

14  commanding Warden Carl Wofford to transfer Matthew Lucas Frazier, CDCR Inmate No.

15  AG4004, to Courtroom 26 of the United States District Court for the Eastern District of

16  California, located at 501 I Street, Sacramento, California 95814, on January 12, 2015 by 9:00

17  a.m. for trial and on each day thereafter until the completion of this proceeding or as otherwise

18  ordered by the Court.

19    2.    The custodian is further ordered to notify the Court of any change in the custody

20  of Plaintiff, and is ordered to provide the new custodian with a copy of this writ.

21  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

22    To:    Warden Carl Wofford, #1 Kings Way, Avenal, California 93204, and/or such

23  other individual as may be the custodian of Matthew Lucas Frazier:

24    **YOU ARE ORDERED** to produce Matthew Lucas Frazier, CDCR Inmate No. AG4004,

25  to Courtroom 26 of the United States District Court for the Eastern District of California, located

26  at 501 I Street, Sacramento, California 95814, on January 12, 2015 by 9:00 a.m. for trial and on

27  each day thereafter until the completion of this proceeding or as otherwise ordered by the Court.

28

**PROPOSED ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE
PLAINTIFF MATTHEW LUCAS FRAZIER AT TRIAL**

1     **FURTHER**, you have been ordered to notify the Court of any change in the custody of

2 Matthew Lucas Frazier, and are ordered to provide the new custodian with a copy of this writ.

3     **IT IS SO ORDERED.**

4

5 Dated: November 25, 2014

6

7 ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF MATTHEW LUCAS FRAZIER AT TRIAL**