IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LUCAS FRAZIER

          Plaintiff(s)

vs.

REDDING POLICE DEPARTMENT

          Defendants.

No. 2:11-CV-1351-AC P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, S. Ashar Ahmed, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 21, 2014, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

SEE ATTACHMENT A

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 5,533.85.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-cv-1351-ACP

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Mileage, lodging, parking, taxis for Trial and Trial prep of Plaintiff | $1,675.48 |
|  | Mileage to interview Plaintiff, travel expenses to attend depositions | $436.74 |
|  | Transcripts of depositions & certifications of hearing transcripts | $1,866.52 |
|  | Diagnostic evaluation & forensic audio enhancement by Stutchman | $975.00 |
|  | Legal photocopying of Medical Records | $548.31 |
|  | FedEx charges to Judge Claire | $31.80 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of February, 20 15, at San Francisco, California.

| S. Ashar Ahmed | *Sayed Ashey Ahmed* |

Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 2/19/15

_____
United States District Judge/Magistrate Judge

# ATTACHMENT A

  Kurt Melchior and S. Ashar Ahmed attended the Trial in this matter from January 12 to 14, 2015. Extensive preparation was involved, including depositions by Anderson Deposition Reporting of Defendants from the Redding Police Department, numerous travel expenses to attend those depositions, travel to the prison to interview and prepare the Plaintiff, mileage to and from San Francisco to the Trial in Sacramento, lodging, parking and taxis while there (we have subtracted all meals). Extensive costs were incurred in the diagnostic evaluation and forensic audio enhancement from Stutchman Forensic Laboratory and additional services from Legal Photocopy Service of Plaintiff Matthew Frazier's Medical Records from Pleasant Valley State Prison.

  We list these expenses here as a courtesy to Judge Allison Claire and also attach invoices.

  The total we are seeking is **$5,533.85** in additional expenses from the Court.

| Name | Description | Amounts |
|---|---|---|
| S. Ashar Ahmed | Attend Trial January 12-14, 2015 - Lodging, Mileage, Parking, Taxis (and includes January 9, 2015 travel to Folsom Prison for prep of Matthew Frazier). | $923.31 |
| Kurt W. Melchior | Attend Trial January 12-14, 2015 - Lodging, Mileage, Parking, Taxis. | $752.17 |
| Kurt W. Melchior | Travel to interview Plaintiff March 3, 2014 at Prison | 45.76 |
| S. Ashar Ahmed | Travel expense to attend Depositions of Jason Rhoads, Peggy Porter and Rebecca Zufall. | $390.98 |
| Anderson Deposition Reporting | Transcripts of Jason Rhoads, Peggy Porter and Rebecca Zufall. Certified copies of court reporters' hearing transcripts from previous case – *People v. Frazier*. | $1,866.52 |
| Stutchman Forensic Laboratory | Diagnostic evaluation, transferred cassette tape to digital form. Forensic audio enhancement. Sent enhancement to Client. | $975.00 |
| Legal Photocopy Service | Medical Records of Matthew Lucas Frazier from Pleasant Valley State Prison. | $548.31 |
| FedEx | Deliveries to Judge Allison Claire:<br>$ 9.57<br>$11.20<br>$11.03 | $31.80 |
| **TOTAL** | | **$5,533.85** |

9019269.v1